In re BARTNETT.

BARTNETT v. MAJOR et al.

(Circuit Court of Appeals, Ninth Circuit. October 5, 1908.)

No. 1,604.

Petition for Revision of Proceedings of the District Court of the United States for the Northern District of California, in Bankruptcy.

Charles R. Gray and Gray & Cooper, for petitioner.
Daniel O'Connell, for respondents.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. On the authority of the case of J. Dalzell Brown, Petitioner, v. Frieda R. Major and Others, Respondents, 164 Fed. 673, the petition for revision is dismissed at the petitioner's cost.